AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Judith Hoekstra | ) Case: 1:24-mj-00378 |
| DOB: XXXXXX | ) Assigned To : Sharbaugh, Matthew J. |
| | ) Assign. Date : 12/10/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____January 6, 2021____ in the county of _____ in the _____ in the District of ___Columbia___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|

18 U.S.C. § 1752(a)(1) - Entering or Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions,,
40 U.S.C. § 5104(e)(2)(B) - Enter or remain in the gallery of either House of Congress ,
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capital Building,
40 U.S.C. § 5104(e)(2)(G)-Parading, Demonstrating, or Picketing in a Capitol Building,
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Jennifer Howell, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __12/10/2024__

_____
*Judge's signature*

City and state: ___Washington, D.C.___     Matthew J. Sharbaugh U.S. Magistrate Judge
*Printed name and title*