Case 1:24-mj-00378-MJS    Document 1-1    Filed 12/10/24

Case: 1:24−mj−00378
Assigned To : Sharbaugh, Matthew J.
Assign. Date : 12/10/2024
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

Your affiliant, ▮▮▮▮▮▮▮▮, is a Special Agent with the Federal Bureau of Investigation assigned to the FBI Charlotte Division Joint Terrorism Task Force (JTTF). In my duties as a special agent, I conduct both International and Domestic Terrorism investigations. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a FBI Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### Facts Specific to Judith HOEKSTRA

*Identification of HOEKSTRA*

In February of 2024, the FBI received source information (a "tip") regarding the identity of an individual known as #Insider1718, aka #UsherContempt. The information included open source photographs and videos of an individual identified as Judith "Judy" Celese HOEKSTRA at the "Stop the Steal" Rally and also inside and around the U.S. Capitol building on January 6, 2021 Below are some images of HOEKSTRA outside and inside United States Capitol that the tip depicts. HOEKSTRA is seen wearing a light blue mask with white dots, a long red scarf, black hooded coat, dark leggings, sneakers, a black and white beanie, carrying a black book bag, illegally entered the United States Capitol building. *See Images 1-4.*



*Image 1 – Still Image from Facebook of HOEKSTRA at the Stop the Steal Rally*



*Image 2 – Still from Open Source Video of HOEKSTRA*



*Image 3 – Open Source Image of HOEKSTRA on the Capitol Grounds*



*Image 4 – Still from Open Source Image of HOEKSTRA on the Capitol Grounds*

According to records obtained through search warrants served on Verizon, AT&T, and Google, on January 6, 2021, in and around the time of the incident, cell tower data searches identified the phone number ending in 6391 as having utilized a cell site consistent with providing service to a geographical area of the United States Capitol building.[1]

Additional subscriber information received by the FBI indicated that the owner of the account associated with the phone number ending in 6391 was Judith C. HOEKSTRA, email address Judith****@gmail.com from Concord, North Carolina.[2]

After database checks, surveillance of HOEKSTRA in person, and comparison to the photos and videos found and verified, the FBI was able to positively identify HOEKSTRA in several photos and videos depicting her inside and outside the Capitol building on January 6, 2021.

*HOEKSTRA Enters the U.S. Capitol Building*

From review of Capitol surveillance videos (CCTV), at approximately 2:37 p.m., HOEKSTRA entered the U.S. Capitol building through the Upper West Terrace Doors. *See* Image 5. While inside the Capitol, HOEKSTRA traveled through the Rotunda, the Rotunda Lobby, the East Corridor, and went inside the Senate Gallery. *See* Images 5-6.



*Image 5 – Still Image from CCTV depicting HOEKSTRA entering the Capitol through the Upper West Terrace Doors at Approximately 2:37 p.m.*

---

[1] The full telephone number is known to the affiant.
[2] The full email address is known to the affiant.



*Image 6 – Still Image from CCTV of HOEKSTRA Inside the Rotunda*

*HOEKSTRA Blocks Officers Near the Senate Gallery*

Between approximately 2:40 to 2:45 p.m., officers from the United States Capitol Police (USCP) were attempting to close and secure the doors that led the the Senate Gallery. HOEKSTRA shoved her way past the officers, stood in front of the doors, prevented the doors being locked, then subsequently opened the doors, ushered the other participants into the Senate Gallery and entered the Gallery. *See* Images 7-11.



*Image 7 – Still Image from CCTV of HOEKSTRA Walking Towards Officers Locking the Senate Gallery Doors*



*Image 8 – Still Image from CCTV of HOEKSTRA Pushing Past Officers at the Senate Gallery Doors*



*Image 9 – Still Image from CCTV of HOEKSTRA Blocking the Senate Gallery Doors*



*Image 10 – Still Image from CCTV of HOEKSTRA at approximately 2:45 p.m. Holding the Door and Ushering Rioters Inside the Senate Gallery*



*Image 11 – Still Image from Open Source Video of HOEKSTRA Inside the Senate Gallery*

*HOEKSTRA Exits the U.S. Capitol Building*

At approximately 2:49 p.m., HOEKSTRA exited the Capitol Building through the Senate Carriage Door. HOEKSTRA was inside the Capitol for approximately 12 minutes. *See* Image 12.



*Image 12 – Still Image from CCTV Depicting HOEKSTRA Exiting the Capitol at approximately 2:49 p.m.*

During the course of this investigation, your affiant was able to identify additional media that showcased what was occurring outside and inside of the Capitol at the times HOEKSTRA entered, remained, and exited. Specifically, she would have encountered alarms ringing at the doors she entered and exited, rioters building a makeshift wall to block officers, and officers attempting to lock and secure doors as depicted in some of the images above.

Based on the foregoing, your affiant submits that there is probable cause to believe that Judith HOEKSTRA violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions.

Your affiant submits there is also probable cause to believe that Judith HOEKSTRA violated 40 U.S.C. § 5104(e)(2)(B), (D), and (G), which makes it a crime to willfully and knowingly ; (B) enter or remain in the gallery of either House of Congress in violation of rules governing admission to the gallery adopted by that House or pursuant to an authorization given by that House; (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress (G) parade, demonstrate, or picket in any of the Capitol Buildings.

Finally, your affiant submits there is probable cause to believe that Judith HOEKSTRA violated 18 U.S.C. 231(a)(3), which makes it unlawful to commit or attempt to commit any act to

obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function. For purposes of Section 231 of Title 18, a federally protected function means any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof. This includes the Joint Session of Congress where the Senate and House count Electoral College votes.



Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 10 day of December 2024.

_____
HONORABLE MATTHEW J. SHARBAUGH
U.S. MAGISTRATE JUDGE