**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 24-MJ-378 (MJS)** |
| | : | |
| **JUDITH HOEKSTRA** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Pursuant to the motion filed by the United States, ECF No. 10, it is hereby ordered that

the Motion to Dismiss the Complaint pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this _21st_ day of _Jan._, 2025.

_____
HONORABLE JAMES E. BOASBERG
Chief Judge